AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| David A. Ervin | |

Case No. 4:04CR40011-01

USM No. 06274-025

Judith A. Kuenneke, AFPD
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   **as alleged below**   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed the offense of Unlawful Possession of a Controlled Substance | 03/01/2013 |
| Statutory | Defendant tested positive for cocaine, etc. | 03/01/2013 |
| Standard # 1 | Defendant left the judicial district without permission | |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: **5269**

Defendant's Year of Birth:   **1983**

City and State of Defendant's Residence:
Dieterich, IL 62424

05/22/2013
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert, District Judge
_____
Name and Title of Judge

May 30, 2013
_____
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  3

DEFENDANT: David A. Ervin
CASE NUMBER: 4:04CR40011-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 2 | Defendant failed to report to probation as directed | 02/06/2013 |
| Standard # 5 | Defendant has been unemployed since August 2012 | |
| Standard # 8 | Defendant frequented places where controlled substances were illegally sold, used, distributed, or administered | 12/31/2012 |
| Standard # 9 | Defendant associated with a convicted felon | 03/31/2013 |
| Special | Defendant used alcohol | 05/10/2010 |

AO 245D　(Rev. 09/11) Judgment in a Criminal Case for Revocations
　　　　　Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: David A. Ervin
CASE NUMBER: 4:04CR40011-01

## IMPRISONMENT

　　　The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

30 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the Intensive Drug Treatment Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　　☐ before 2 p.m. on _____ .
　　☐ as notified by the United States Marshal.
　　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

　　Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL